NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DYWANE MARKIE JACKSON,
DC #Y63843,

       Appellant,

v.

       Case No. 2D18-719

STATE OF FLORIDA,

       Appellee.

Opinion filed October 2, 2019.

Appeal from the Circuit Court for Lee
County; Mark A. Steinbeck, Judge.

Rachael E. Reese of O'Brien Hatfield,
P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, Jonathan S. Tannen,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

       Affirmed.

NORTHCUTT, MORRIS, and SLEET, JJ., Concur.